IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLOOMBERG L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:23-cv-01312 |
| v. ) | **CORPORATE** |
| ) | **DISCLOSURE STATEMENT** |
| BUREAU OF ALCOHOL, TOBACCO, ) | |
| FIREARMS AND EXPLOSIVES, and ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendants. ) | |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff BLOOMBERG L.P., (a private non-governmental party) certifies that it is a limited partnership; that its general partner is Bloomberg Inc.; and that no publicly held corporation owns ten percent or more of Bloomberg L.P.'s limited partnership interests.

DATED: May 9, 2023

Respectfully Submitted,
*/s/ Matthew V. Topic*

Attorneys for Plaintiff
BLOOMBERG L.P.

Matthew Topic, D.C. Bar No. IL0037
(E-Mail: foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902