UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLOOMBERG L.P.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 23-1312 (ABJ) |

## JOINT STATUS REPORT

　　Pursuant to the Court's December 5, 2023 Minute Order, the parties, by and through their respective undersigned counsel, submit this Joint Status Report to apprise the Court of the status of the Freedom of Information Act ("FOIA") Act request Plaintiff Bloomberg L.P. made seeking (1) certain records related to the United States Government Accountability Office's report no. 21-322, "Firearms Trafficking: U.S. Efforts to Disrupt Gun Smuggling into Mexico Would Benefit from Additional Data and Analysis," and (2) reports, memos, analyses, or reviews of ammunition used in gun crime from January 1, 2014 through February 20, 2023.  Plaintiff submitted its FOIA request on March 7, 2023, and filed suit on May 9, 2023.

1. Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") reports that it has completed its preliminary searches for potentially responsive documents.

2. Since the last joint status report on December 5, 2023, ATF produced 443 pages in full or in part on December 28, 2023.  ATF reports that, due to short-term staffing issues, ATF was unable to make a production in January 2024 and expects to make its next production by February 21, 2024.

3. ATF anticipates continuing to make subsequent productions on a monthly basis thereafter.

4. The parties respectfully propose that they file another joint status report on or before April 5, 2024, to apprise the Court of Defendants' progress reviewing potentially responsive documents and processing responsive documents. A proposed order is attached.

| | |
|---|---|
| Dated: February 5, 2024 | Respectfully submitted, |
| By: /s/ *Merrick Wayne* <br> Matthew Topic, D.C. Bar No. IL0037 <br> Stephen Stich Match, D.C. Bar No. MA0044 <br> Merrick Wayne, D.C. Bar No. IL0058 <br> LOEVY & LOEVY <br> 311 N. Aberdeen, Third Floor <br> Chicago, IL 60607 <br> (312) 243-5900 <br> foia@loevy.com <br><br> *Counsel for Plaintiff* | MATTHEW M. GRAVES, D.C. Bar No. 481052 <br> United States Attorney <br><br> BRIAN P. HUDAK <br> Chief, Civil Division <br><br> By: /s/ *Brian J. Levy* <br> BRIAN J. LEVY <br> Assistant United States Attorney <br> 601 D Street, N.W. <br> Washington, DC 20530 <br> (202) 252-6734 <br> Brian.Levy2@usdoj.gov <br><br> *Counsel for Defendant* |