UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BLOOMBERG L.P.,

       Plaintiff,

    v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, *et al.*,

       Defendants.

Civil Action No. 23-1312 (ABJ)

## JOINT STATUS REPORT

Pursuant to the Court's April 5, 2024 Minute Order, the parties, by and through their respective undersigned counsel, submit this Joint Status Report to apprise the Court of the status of the Freedom of Information Act ("FOIA") Act request Plaintiff Bloomberg L.P. made seeking (1) certain records related to the United States Government Accountability Office's report no. 21-322, "Firearms Trafficking: U.S. Efforts to Disrupt Gun Smuggling into Mexico Would Benefit from Additional Data and Analysis," and (2) reports, memos, analyses, or reviews of ammunition used in gun crime from January 1, 2014 through February 20, 2023.  Plaintiff submitted its FOIA request on March 7, 2023, and filed suit on May 9, 2023.

1. Since the last joint status report on April 5, 2024, Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") produced 33 pages in full or in part on April 30, 2024, and 47 pages in full or in part on May 31, 2024.

2. ATF anticipates continuing to make subsequent productions on a monthly basis thereafter.

3.  The parties respectfully propose that they file another joint status report on or before

September 5, 2024, to apprise the Court of Defendants' progress reviewing potentially

responsive documents and processing responsive documents.  A proposed order is attached.


Dated: June 5, 2024

By: */s/ Merrick Wayne*
Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No.
MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Brian J. Levy*
BRIAN J. LEVY
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
(202) 252-6734
Brian.Levy2@usdoj.gov

*Counsel for Defendant*