UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLOOMBERG L.P., <br><br> Plaintiff, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, <br><br> Defendants. | Civil Action No. 23-1312 (ABJ) |

## JOINT STATUS REPORT

Pursuant to the Court's December 20, 2024, Minute Order, the parties, by and through their respective undersigned counsel, submit this Joint Status Report to apprise the Court of the status of the Freedom of Information Act ("FOIA") Act request Plaintiff Bloomberg L.P. made seeking (1) certain records related to the United States Government Accountability Office's report no. 21-322, "Firearms Trafficking: U.S. Efforts to Disrupt Gun Smuggling into Mexico Would Benefit from Additional Data and Analysis," and (2) reports, memos, analyses, or reviews of ammunition used in gun crime from January 1, 2014 through February 20, 2023. Plaintiff submitted its FOIA request on March 7, 2023, and filed suit on May 9, 2023.

1. Since the last joint status report on December 17, 2024, Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") produced 27 pages in full or in part and sent 5 pages to another agency for consultation on December 31, 2024. ATF produced 3 pages in full or in part and sent 21 pages to another agency for consultation on February 10, 2025, ATF produced 39 pages in full or in part on February 28, 2025.

2. ATF anticipates continuing to make subsequent productions on a monthly basis thereafter.

3. The parties respectfully propose that they file another joint status report on or before June 17, 2025, to apprise the Court of Defendants' progress reviewing potentially responsive documents and processing responsive documents. A proposed order is attached.

Dated: March 17, 2025

By: */s/ Merrick Wayne*
Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

*Counsel for Plaintiff*

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By: */s/ Brian J. Levy*
BRIAN J. LEVY
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
(202) 252-6734
Brian.Levy2@usdoj.gov

*Counsel for Defendant*