UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLOOMBERG L.P.,<br><br>   Plaintiff,<br><br>  v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES, *et al.*,<br><br>   Defendants. | Civil Action No. 23-1312 (ABJ) |

**JOINT STATUS REPORT**

Pursuant to the Court's June 5, 2025, Minute Entry, the parties, by and through their respective undersigned counsel, submit this Joint Status Report to apprise the Court of the status of the Freedom of Information Act ("FOIA") Act request Plaintiff Bloomberg L.P. made seeking (1) certain records related to the United States Government Accountability Office's report no. 21-322, "Firearms Trafficking: U.S. Efforts to Disrupt Gun Smuggling into Mexico Would Benefit from Additional Data and Analysis," and (2) reports, memos, analyses, or reviews of ammunition used in gun crime from January 1, 2014 through February 20, 2023.  Plaintiff submitted its FOIA request on March 7, 2023, and filed suit on May 9, 2023.

1. As discussed at the June 5, 2025 status conference, Plaintiff has agreed that it no longer wants to receive documents with respect to the first part of its request.

2. On June 13, 2025, Defendant told Plaintiff that Defendant has already produced the aggregate data and that there could be millions of reports because each entry in the system generates a short report.  Defendant discussed further narrowing the request.

3. The parties are currently conferring regarding Defendant processing a sample of the reports for Plaintiff's review to determine how to proceed.

4. The parties respectfully propose that they file another joint status report on or before September 8, 2025, to apprise the Court of Defendants' progress reviewing potentially responsive documents and processing responsive documents. A proposed order is attached.

Dated: July 7, 2025                                   Respectfully submitted,

By: */s/ Merrick Wayne*                               JEANINE FERRIS PIRRO
Matthew Topic, D.C. Bar No. IL0037                    United States Attorney
Stephen Stich Match, D.C. Bar No.
MA0044                                                By: */s/ Brian J. Levy*
Merrick Wayne, D.C. Bar No. IL0058                    BRIAN J. LEVY
LOEVY & LOEVY                                         Assistant United States Attorney
311 N. Aberdeen, Third Floor                          601 D Street, N.W.
Chicago, IL 60607                                     Washington, DC 20530
(312) 243-5900                                        (202) 252-6734
foia@loevy.com                                        Brian.Levy2@usdoj.gov

*Counsel for Plaintiff*                               *Counsel for Defendant*