UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLOOMBERG L.P.,<br><br>      Plaintiff,<br><br>   v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,<br><br>      Defendants. | Civil Action No. 23-1312 (SLS) |

## JOINT STATUS REPORT

Pursuant to the Court's July 8, 2025, Minute Order, the parties, by and through their respective undersigned counsel, submit this Joint Status Report to apprise the Court of the status of the Freedom of Information Act ("FOIA") Act request Plaintiff Bloomberg L.P. made seeking (1) certain records related to the United States Government Accountability Office's report no. 21-322, "Firearms Trafficking: U.S. Efforts to Disrupt Gun Smuggling into Mexico Would Benefit from Additional Data and Analysis," and (2) reports, memos, analyses, or reviews of ammunition used in gun crime from January 1, 2014 through February 20, 2023. Plaintiff submitted its FOIA request on March 7, 2023, and filed suit on May 9, 2023.

1. As discussed at the June 5, 2025, Plaintiff has agreed that it no longer wants to receive documents with respect to the first part of its request.

2. On June 13, 2025, Defendant explained that it has already produced the aggregate data and that there could be millions of potentially responsive reports associated with the data because each entry in the system generates a short report. Defendant discussed further narrowing the request.

- 2 -

3. On July 16, 2025, Defendant has sent a sample of the individual reports to Plaintiff. Plaintiff has reviewed the sample. Plaintiff reports that it is satisfied with the production and is preparing a fee demand to resolve the remaining issues of attorneys' fees and costs.

4. The parties respectfully propose that they file another joint status report on or before September 8, 2025, to apprise the Court of any developments. A proposed order is attached.

Dated: July 22, 2025

By: */s/ Merrick Wayne*
Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Brian J. Levy*
BRIAN J. LEVY
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
(202) 252-6734
Brian.Levy2@usdoj.gov

*Counsel for Defendant*