UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLOOMBERG L.P., <br><br> Plaintiff, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, <br><br> Defendants. | Civil Action No. 23-1312 (SLS) |

## JOINT STATUS REPORT

Pursuant to the Court's July 23, 2025, Minute Order, the parties, by and through their respective undersigned counsel, submit this Joint Status Report to apprise the Court of the status of this Freedom of Information Act ("FOIA") Act case.

1. Plaintiff reports that it is satisfied with the production. On September 5, 2025, Plaintiff sent a fee demand to Defendants to resolve the remaining issues of attorneys' fees and costs. Defendants are reviewing the fee demand.

2. The parties respectfully propose that they file another joint status report on or before November 7, 2025, to apprise the Court of any developments. A proposed order is attached.

| | |
|---|---|
| Dated: September 8, 2025 | Respectfully submitted, |
| By: */s/ Merrick Wayne* <br> Matthew Topic, D.C. Bar No. IL0037 <br> Stephen Stich Match, D.C. Bar No. MA0044 <br> Merrick Wayne, D.C. Bar No. IL0058 <br> LOEVY & LOEVY <br> 311 N. Aberdeen, Third Floor <br> Chicago, IL 60607 <br> (312) 243-5900 <br> foia@loevy.com | JEANINE FERRIS PIRRO <br> United States Attorney <br><br> By: */s/ Brian J. Levy* <br> BRIAN J. LEVY <br> Assistant United States Attorney <br> 601 D Street, N.W. <br> Washington, DC 20530 <br> (202) 252-6734 <br> Brian.Levy2@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendant* |