UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLOOMBERG L.P.,<br><br>      Plaintiff,<br><br>      v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*,<br><br>      Defendants. | Civil Action No. 23-1312 (ABJ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: January 5, 2026

Respectfully submitted,

By: */s/ Merrick Wayne*
Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Brian J. Levy*
BRIAN J. LEVY
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
(202) 252-6734
Brian.Levy2@usdoj.gov

*Counsel for Defendant*